**Documents Reviewed**

- Complaint dated 1/5/2015

- Transcript of 3/28/2016 Deposition of Bert Dohmen & Exhibits 1-65 thereto

- Documents produced by Fund Associates Bates-stamped FA 00001-02529

- Documents produced by Interactive Brokers Bates-stamped IB 00001-00990

- Fund Reports sent to Goodman Bates-stamped FR 00001-00063

- Defendant's Motion for Summary Judgment dated 3/22/2016

- Defendant's Declaration dated 3/22/2016 in Support of his Motion for Summary Judgment and Exhibits A-EE thereto

- Declaration of Andrew Holmes dated 3/22/2016 in Support of Defendant's Motion for Summary Judgment and Exhibit 1 thereto

- Defendant's Statement of Uncontroverted Facts & Conclusions of Law dated 3/22/2016 in Support of his Motion for Summary Judgment

- 9/2011 Croesus Fund LP Private Placement Memorandum

- Undated Record of Trades Bates-stamped DOHMEN000557-000613

- Select e-mails dated 2/4/11-8/30/12

- Croesus Fund Report covering the period 1/2013-1/2014