**HOLMES, TAYLOR & JONES LLP**
Andrew B. Holmes (SBN: 185401)
abholmes@htjlaw.com
Matthew D. Taylor (SBN: 220032)
matthew.taylor@htjlaw.com
617 South Olive Street, Suite 1200
Los Angeles, California 90014
Tel: (213) 985-2200
Fax: (213) 973-6282

*Attorneys for Defendant Bert Dohmen*

RUFUS-ISAACS ACLAND & GRANTHAM LLP
ALEXANDER RUFUS-ISAACS, State Bar No. 135747
 *aisaacs@rufuslaw.com*
232 N. Canon Drive
Beverly Hills, California 90210
Telephone: (310) 274-3803
Facsimile: (310) 860-2430

Attorneys for Plaintiff ALBERT GOODMAN

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT GOODMAN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>BERT DOHMEN, an individual,<br><br>Defendant. | Case No. CV15-00020 FFM<br><br>**[PROPOSED] ORDER CONTINUING DEADLINES FOR CONDUCTING L.R. 16-15 SETTLEMENT CONFERENCE AND MAKING EXPERT WITNESS DISCLOSURES** |

**[PROPOSED] ORDER**

Pursuant to the Parties' Stipulation, and good cause appearing therefore, it is hereby ORDERED that all parties to this action and their counsel comply with the following order:

1. The last day for the parties to conduct a settlement conference, as required by Local Rule 16-15 shall be June 16, 2016;
2. The parties shall complete initial expert disclosure in the case by no later than June 22, 2016.

IT IS SO ORDERED.

Dated:  May 17, 2016                    /S/ FREDERICK F. MUMM
                                                FREDERICK F. MUMM
                              UNITED STATES MAGISTRATE JUDGE

**Holmes, Taylor & Jones LLP**
617 South Olive Street, Suite 1200
Los Angeles, California 90014

[**PROPOSED**] ORDER