**HOLMES, TAYLOR & JONES LLP**
Andrew B. Holmes (SBN: 185401)
abholmes@htjlaw.com
Matthew D. Taylor (SBN: 220032)
matthew.taylor@htjlaw.com
617 South Olive Street, Suite 1200
Los Angeles, California 90014
Tel: (213) 985-2200
Fax: (213) 973-6282

*Attorneys for Defendant Bert Dohmen*

RUFUS-ISAACS ACLAND & GRANTHAM LLP
ALEXANDER RUFUS-ISAACS, State Bar No. 135747
   aisaacs@rufuslaw.com
232 N. Canon Drive
Beverly Hills, California  90210
Telephone: (310) 274-3803
Facsimile: (310) 860-2430

Attorneys for Plaintiff ALBERT GOODMAN

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT GOODMAN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>BERT DOHMEN, an individual,<br><br>Defendant. | Case No. CV15-00020 FFM<br><br>**STIPULATION TO CONTINUE TRIAL AND RELATED PRE-TRIAL DEADLINES** |

**STIPULATION**

# **STIPULATION**

The parties to this action, by and through their designated counsel of record, HEREBY STIPULATE as follows:

WHEREAS, Plaintiff Albert Goodman filed the complaint on January 5, 2015, and Defendant Bert Dohmen filed his answer on March 23, 2015;

WHEREAS, on June 16, 2015, the court issued a Scheduling Order which adopted most of the dates in the parties' suggested schedule, and set a trial date of May 10, 2016;

WHEREAS, pursuant to stipulation between the parties, on November 25, 2015, the court continued the original trial date to June 21, 2016 and ordered that all deadlines set forth in the June 16, 2015 Scheduling Order be modified to comport with the continued trial date;

WHEREAS, pursuant to stipulation between the parties, on January 28, 2016, the court continued the trial date to August 9, 2016 and ordered that all deadlines set forth in the June 16, 2015 Scheduling Order be modified to comport with the continued trial date;

WHEREAS, settlement discussions between the parties were delayed while the parties awaited the Court's ruling on Defendant's motion for summary judgment, which was issued on June 3, 2016;

WHEREAS, both sides have met and conferred and agreed, subject to approval by the Court, to delay trial and all related dates in this case by an additional twelve (12) weeks in order to allow them to conduct additional settlement discussions and, if settlement efforts prove unsuccessful, to adequately prepare for trial;

NOW, THEREFORE, by and through their respective counsel of record, the Parties hereby stipulate and agree, subject to approval by the Court, that:

1. Trial in this matter shall be continued until November 1, 2016, or any date thereafter amenable to the Court's schedule;

2. The Pre-Trial Conference shall be continued until October 11, 2016 at 2:00 p.m., or any date thereafter amenable to the Court's schedule;

3. All other deadlines in the Court's Scheduling Order shall be based on the new trial date, as set forth on the attached Suggested Schedule of Trial and Pre-Trial Dates.

IT IS SO STIPULATED.

DATED: June 16, 2016          RUFUS-ISAACS ACLAND & GRANTHAM LLP

By: _____
Alexander Rufus-Isaacs
Attorneys for Plaintiff ALBERT GOODMAN

DATED: June 16, 2016          HOLMES, TAYLOR & JONES, LLP

By: _____
Matthew D. Taylor
Attorneys for Defendant BERT DOHMEN

## SUGGESTED SCHEDULE OF PRETRIAL AND TRIAL DATES

CASE NAME: Albert Goodman v. Bert Dohmen

CASE NO.: CV 15-20 FFM

| Matter | Time | Weeks Before Trial | Plaintiff(s) Request | Defendant(s) Request | Court Order |
|---|---|---|---|---|---|
| Trial (jury) (court) (length ___ days) (Tuesday) | 9:00 | | November 1, 2016 | | |
| For Court Trial Lodge findings of fact and conclusions of law, LR 52, and summaries of direct testimony | | 3 | October 11, 2016 | | |
| Pretrial conference, LR 16; hearing on motions in limine | 2:00 | 4 | October 4, 2016 | | |
| For Jury Trial Lodge pretrial conference order, LR 16-7; File agreed set of jury instructions and verdict forms; File Statement regarding disputed instructions, verdicts, etc.: File oppositions to motions in limine | | 6 | September 20, 2016 | | |
| For Jury Trial File memo of contentions of fact and law, LR 16-4; Exhibit and witness Lists, LR 16-5, 6; File status report regarding settlement; File motions in limine | | 7 | September 13, 2016 | | |
| Last date to conduct settlement conf., LR 16-15 | - | 12 | August 9, 2016 | | |
| Last day for **hearing** motions, LR 7 | | 14 | May 3, 2016 | | |
| Non-expert discovery cut-off | | | April 26, 2016 | | |
| Expert disclosure (initial) | | | May 9, 2016 | | |
| Expert disclosure (rebuttal) | | | July 8, 2016 | | |
| Expert discovery cut-off | | | July 22, 2016 | | |
| Last date to amend pleadings or add parties | | | February 10, 2016 | | |
| | | | | | |
| | | | | | |

LR 16-15 Settlement Choice

        1.___ Attorney Settlement Panel
        2.___ Outside ADR
        3.___ Magistrate Judge