**HOLMES, TAYLOR & JONES LLP**
Andrew B. Holmes (SBN: 185401)
abholmes@htjlaw.com
Matthew D. Taylor (SBN: 220032)
matthew.taylor@htjlaw.com
617 South Olive Street, Suite 1200
Los Angeles, California 90014
Tel: (213) 985-2200
Fax: (213) 973-6282

*Attorneys for Defendant Bert Dohmen*

RUFUS-ISAACS ACLAND & GRANTHAM LLP
ALEXANDER RUFUS-ISAACS, State Bar No. 135747
   aisaacs@rufuslaw.com
232 N. Canon Drive
Beverly Hills, California  90210
Telephone: (310) 274-3803
Facsimile: (310) 860-2430

Attorneys for Plaintiff ALBERT GOODMAN

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT GOODMAN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>BERT DOHMEN, an individual,<br><br>Defendant. | Case No. CV15-00020 FFM<br><br>**[PROPOSED] ORDER CONTINUING TRIAL AND RELATED PRE-TRIAL DEADLINES** |

[PROPOSED] ORDER

Pursuant to the Parties' Stipulation To Continue Trial Date And Related Pre Trial Deadlines, and good cause appearing therefore, it is hereby ORDERED that all parties to this action and their counsel comply with the following order:

1. The trial date shall be continued until November 1, 2016;
2. The Pre-Trial Conference shall be continued until October 11, 2016 at 2:00 p.m.;
3. All other deadlines in the Court's Scheduling Order shall be based on the new trial date, as set forth on the attached Schedule of Trial and Pre-Trial Dates.

IT IS SO ORDERED.

Dated: June __, 2016

_____
UNITED STATES MAGISTRATE JUDGE

Holmes, Taylor & Jones LLP
617 South Olive Street, Suite 1200
Los Angeles, California 90014

### SUGGESTED SCHEDULE OF PRETRIAL AND TRIAL DATES

CASE NAME: Albert Goodman v. Bert Dohmen

CASE NO.: CV 15-20 FFM

| Matter | Time | Weeks Before Trial | Plaintiff(s) Request | Defendant(s) Request | Court Order |
|---|---|---|---|---|---|
| Trial (jury) (court) (length ___ days) (Tuesday) | 9:00 | | November 1, 2016 | | |
| For Court Trial Lodge findings of fact and conclusions of law, LR 52, and summaries of direct testimony | | 3 | October 11, 2016 | | |
| Pretrial conference, LR 16; hearing on motions in limine | 2:00 | 4 | October 4, 2016 | | |
| For Jury Trial Lodge pretrial conference order, LR 16-7; File agreed set of jury instructions and verdict forms; File Statement regarding disputed instructions, verdicts, etc.: File oppositions to motions in limine | | 6 | September 20, 2016 | | |
| For Jury Trial File memo of contentions of fact and law, LR 16-4; Exhibit and witness Lists, LR 16-5, 6; File status report regarding settlement; File motions in limine | | 7 | September 13, 2016 | | |
| Last date to conduct settlement conf., LR 16-15 | - | 12 | August 9, 2016 | | |
| Last day for **hearing** motions, LR 7 | | 14 | MAY 3 2016 | | |
| Non-expert discovery cut-off | | | APRIL 26 2016 | | |
| Expert disclosure (initial) | | | MAY 9 2016 | | |
| Expert disclosure (rebuttal) | | | JULY 8 2016 | | |
| Expert discovery cut-off | | | JULY 22 2016 | | |
| Last date to amend pleadings or add parties | | | FEBRUARY 10 2016 | | |
| | | | | | |
| | | | | | |

LR 16-15 Settlement Choice

    1.___ Attorney Settlement Panel
    2.___ Outside ADR
    3.___ Magistrate Judge