**HOLMES, TAYLOR & JONES LLP**
Andrew B. Holmes (SBN: 185401)
abholmes@htjlaw.com
Matthew D. Taylor (SBN: 220032)
matthew.taylor@htjlaw.com
617 South Olive Street, Suite 1200
Los Angeles, California 90014
Tel: (213) 985-2200
Fax: (213) 973-6282

*Attorneys for Defendant Bert Dohmen*

RUFUS-ISAACS ACLAND & GRANTHAM LLP
ALEXANDER RUFUS-ISAACS, State Bar No. 135747
 aisaacs@rufuslaw.com
232 N. Canon Drive
Beverly Hills, California  90210
Telephone: (310) 274-3803
Facsimile: (310) 860-2430

Attorneys for Plaintiff ALBERT GOODMAN

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT GOODMAN, an individual,<br><br>　　　　　Plaintiff,<br><br>　　　　vs.<br><br>BERT DOHMEN, an individual,<br><br>　　　　　Defendant. | Case No. CV15-00020 FFM<br><br>**[PROPOSED] ORDER CONTINUING TRIAL AND RELATED PRE-TRIAL DEADLINES** |

Pursuant to the Parties' Stipulation To Continue Trial Date And Related Pre Trial Deadlines, and good cause appearing therefore, it is hereby ORDERED that all parties to this action and their counsel comply with the following order:

1. The trial date shall be continued until November 1, 2016;
2. The Pre-Trial Conference shall be continued until October 11, 2016 at 2:00 p.m.;
3. All other deadlines in the Court's Scheduling Order shall be based on the new trial date, as set forth on the attached Schedule of Trial and Pre-Trial Dates.

IT IS SO ORDERED.

Dated: June 20, 2016

/S/FREDERICK F. MUMM
FREDERICK F. MUMM
UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER