UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 15-20 FFM | Date | June 22, 2016 |
|---|---|---|---|
| Title | ALBERT GOODMAN v. BERT DOHMEN | | |

Present: The Honorable   Frederick F. Mumm, United States Magistrate Judge

| James Munoz | |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
| None present | None present |

**Proceedings:**   **ORDER RE AMENDED SCHEDULE**

On June 20, 2016, the Court issued an Order Continuing Trial and Related Pre-Trial Deadlines ("the Order"). (Dkt. No. 57.) Attached to the Order was a Schedule of Pretrial and Trial Dates (the "Schedule"). (Dkt. No. 57-1.)

In accordance with the Order, the Schedule is amended as follows: (1) the pretrial conference and hearing on motions in limine scheduled for October 4, 2016, is continued to October 11, 2016; (2) the date by which the parties must lodge findings of fact, conclusions of law, and summaries of direct testimony is continued from October 11, 2016, to October 18, 2016; and (3) the date by which the parties must complete expert disclosures (rebuttal) is re-scheduled for July 8, 2016. All other dates shown in the Schedule shall remain the same. Should the parties wish to further amend this schedule, they should file a formal request or stipulation with the Court.

An Amended Schedule reflecting the changes above is attached.

IT IS SO ORDERED.

:

Initials of Preparer   MZ