# SCHEDULE OF PRETRIAL AND TRIAL DATES

**CASE NAME: ALBERT GOODMAN v. BERT DOHMEN**

**CASE NO.: CV 15-20 FFM**

| Matter | Time | Court Order |
|---|---|---|
| Trial (jury) (court) (length ____ days) (Tuesday) | 9:00 | 11/1/2016 |
| For Court Trial<br>Lodge findings of fact and conclusions of law, LR 52, and summaries of direct testimony | | 10/18/2016 |
| Pretrial conference, LR 16; hearing on motions in limine | 2:00 | 10/11/2016 |
| For Jury Trial<br>Lodge pretrial conference order, LR 16-7; file agreed set of jury instructions and verdict forms; file statement regarding disputed instructions, verdicts, *etc.*; file oppositions to motions in limine; status report re settlement | | 9/20/2016 |
| For Jury Trial<br>File memo of contentions of fact and law, LR 16-4; exhibit and witness lists, LR 16-5, 6; file status report regarding settlement; file motions in limine | | 9/13/2016 |
| Last date to conduct settlement conf., LR 16-15 | | 8/9/2016 |
| Last day for **hearing** motions, LR 7 | | PASSED |
| Non-expert discovery cut-off | | PASSED |
| Expert disclosure (initial) | | PASSED |
| Expert disclosure (rebuttal) | | 7/8/2016 |
| Expert discovery cut-off | | 7/22/2016 |
| Last date to amend pleadings or add parties | | PASSED |
| | | |
| | | |