RUFUS-ISAACS ACLAND & GRANTHAM LLP
ALEXANDER RUFUS-ISAACS, State Bar No. 135747
  *aisaacs@rufuslaw.com*
232 N. Canon Drive
Beverly Hills, California 90210
Telephone: (310) 274-3803
Facsimile: (310) 860-2430

Attorneys for Plaintiff ALBERT GOODMAN

HOLMES, TAYLOR & JONES LLP
ANDREW B. HOLMES (SBN: 185401)
  *abholmes@htjlaw.com*
MATTHEW D. TAYLOR (SBN: 220032)
  *matthew.taylor@htjlaw.com*
617 South Olive Street, Suite 1200
Los Angeles, California 90014
Telephone: (213) 985-2200
Facsimile: (213) 973-6282

Attorneys for Defendant BERT DOHMEN

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ALBERT GOODMAN, an individual, <br><br> Plaintiff, <br><br> v. <br><br> BERT DOHMEN, an individual, <br><br> Defendant. | CASE No. 2:15-cv-00020-FFM <br><br> **STIPULATION TO CONTINUE PRE-TRIAL DATES RE EXPERT DISCOVERY** |

The Parties to this action, by and through their designated counsel of record, HEREBY STIPULATE as follows:

WHEREAS, on June 20, 2016, the parties submitted to the Court a Joint Stipulation To Continue Trial And Related Pre-Trial Deadlines ("Stipulation");

WHEREAS, on June 22, 2016, the Court accepted the Stipulation and issued an Order Re Amended Schedule ("Order");

1  WHEREAS, the Amended Schedule Of Pretrial And Trial Dates ("Schedule")
2  attached to the Order provides that the deadline for Expert disclosure (initial) has
3  passed; that the deadline for Expert disclosure (rebuttal) shall be July 8, 2016; that
4  the Expert discovery cut-off shall be July 22, 2016; and that the deadline to
5  complete a settlement conference shall be August 9, 2016;
6  WHEREAS, the Order provides that if the parties wish to further amend the
7  Schedule, they should file a formal request or stipulation with the Court;
8  WHEREAS, the Parties wish to complete settlement discussions before
9  incurring the substantial expenses associated with expert disclosure and discovery,
10 and have not yet completed their initial Expert Disclosures;
11 WHEREAS, the Parties wish to continue the following dates relating to
12 expert discovery: (a) Expert disclosure (initial) - September 14, 2016; (b) Expert
13 disclosure (rebuttal) – September 30, 2016, and (c) Expert discovery cut-off –
14 October 14, 2016.
15 NOW, THEREFORE, by and through their respective counsel of record, the
16 Parties hereby stipulate and agree, that
17 1. The Schedule shall be revised so that (a) the deadline for Expert disclosure
18    (initial) shall be September 14, 2016; (b) the deadline for Expert disclosure
19    (rebuttal) shall be September 30, 2016, and (c) that the Expert discovery
20    cut-off date shall be October 14, 2016.
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28

7407.1.3.13

2

STIPULATION TO SET BRIEFING SCHEDULE

2. In all other respects, the Order is confirmed.

IT IS SO STIPULATED.

DATED: June 24, 2016  RUFUS-ISAACS ACLAND & GRANTHAM LLP

By: _____
Alexander Rufus-Isaacs
Attorneys for Plaintiff ALBERT GOODMAN

DATED: June 24, 2016  HOLMES, TAYLOR & JONES LLP

By: _____
Matthew D. Taylor
Attorneys for Defendant BERT DOHMEN

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Rufus-Isaacs Acland &amp; Grantham LLP
232 N. Canon Drive
Beverly Hills, California 90210
Tel (310) 274-3803 • Fax (310) 860-2430

7407.1.3.11
STIPULATION AND [PROPOSED] ORDER TO CONTINUE TRIAL DATE AND SET BRIEFING SCHEDULE