RUFUS-ISAACS ACLAND & GRANTHAM LLP
ALEXANDER RUFUS-ISAACS, State Bar No. 135747
  *aisaacs@rufuslaw.com*
232 N. Canon Drive
Beverly Hills, California 90210
Telephone: (310) 274-3803
Facsimile: (310) 860-2430

Attorneys for Plaintiff ALBERT GOODMAN

HOLMES, TAYLOR & JONES LLP
ANDREW B. HOLMES (SBN: 185401)
  *abholmes@htjlaw.com*
MATTHEW D. TAYLOR (SBN: 220032)
  *matthew.taylor@htjlaw.com*
617 South Olive Street, Suite 1200
Los Angeles, California 90014
Telephone: (213) 985-2200
Facsimile: (213) 973-6282

Attorneys for Defendant BERT DOHMEN

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ALBERT GOODMAN, an individual,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BERT DOHMEN, an individual,<br><br>　　　　Defendant. | CASE No. 2:15-cv-00020-FFM<br><br>**[PROPOSED] ORDER CONTINUING PRE-TRIAL DATES RE EXPERT DISCOVERY** |

Pursuant to the Parties' Stipulation Continuing Pre-Trial Dates Re Expert Discovery, and good cause appearing therefore, it is hereby ORDERED that all parties to this action and their counsel comply with the following order:

1. The Amended Schedule Of Pretrial And Trial Dates attached to the Order Re Amended Schedule dated June 22, 2016, shall be revised so that (a) the deadline for Expert disclosure (initial) shall be September 14, 2016; (b) the

7407.1.3.18

[PROPOSED] ORDER CONTINUING PRE-TRIAL DATES RE EXPERT DISCOVERY

deadline for Expert disclosure (rebuttal) shall be September 30, 2016, and (c) that the Expert discovery cut-off date shall be October 14, 2016.

2. In all other respects, the Order is confirmed.

IT IS SO ORDERED.

Dated: June __, 2016            _____
                                UNITED STATES MAGISTRATE JUDGE

Rufus-Isaacs Acland &
Grantham LLP
232 N. Canon Drive
Beverly Hills, California 90210
Tel (310) 274-3803 • Fax (310) 860-2430

7407.1.3.18

2
[PROPOSED] ORDER CONTINUING PRE-TRIAL DATES RE EXPERT DISCOVERY

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

RUFUS-ISAACS ACLAND & GRANTHAM LLP
232 N. CANON DRIVE
BEVERLY HILLS, CALIFORNIA 90210
Tel (310) 274-3803 • Fax (310) 860-2430

7407.1.3.11
STIPULATION AND [PROPOSED] ORDER TO CONTINUE TRIAL DATE AND SET BRIEFING SCHEDULE