UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ALBERT GOODMAN, | ) | Case No. CV 15-20 FFM |
| Plaintiff, | ) | AMENDED SCHEDULING ORDER |
| v. | ) | (See Pretrial and Trial Dates attached) |
| BERT DOHMEN, | ) | |
| Defendant. | ) | |

The Court has received and reviewed the stipulation filed by the parties on June 24, 2016. Good cause appearing therefore, the Court sets the dates specified on the attachment hereto.

IT IS SO ORDERED.

DATED: June 27, 2016

/S/ FREDERICK F. MUMM
FREDERICK F. MUMM
United States Magistrate Judge

**SCHEDULE OF PRETRIAL AND TRIAL DATES**

**CASE NAME:**  **Albert Goodman v. Bert Dohmen**

**CASE NO.:**  **CV 15-20 FFM**

| Matter | Time | Court Order |
|---|---|---|
| Trial (jury) (length 5 days) (Tuesday) | 9:00 | November 1, 2016 |
| For Court Trial<br>Lodge findings of fact and conclusions of law, LR 52, and summaries of direct testimony | | October 18, 2016 |
| Pretrial conference, LR 16; hearing on motions in limine | 2:00 | October 11, 2016 |
| For Jury Trial<br>Lodge pretrial conference order, LR 16-7; File agreed set of jury instructions and verdict forms; File Statement regarding disputed instructions, verdicts, etc.: File oppositions to motions in limine | | September 20, 2016 |
| For Jury Trial<br>File memo of contentions of fact and law, LR 16-4; Exhibit and witness Lists, LR 16-5, 6; File status report regarding settlement; File motions in limine | | September 13, 2016 |
| Last date to conduct settlement conf., LR 16-15 | | August 9, 2016 |
| Last day for **hearing** motions, LR 7 | | PASSED |
| Non-expert discovery cut-off | | PASSED |
| Expert disclosure (initial) | | September 14, 2016 |
| Expert disclosure (rebuttal) | | September 30, 2016 |
| Expert discovery cut-off | | October 14, 2016 |
| Last date to amend pleadings or add parties | | PASSED |

2