# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No. | CV 15-20 FFM |
| Date | September 19, 2016 |
| Title | ALBERT GOODMAN v. BERT DOHMAN |

Present: The Honorable Frederick F. Mumm, United States Magistrate Judge

| James Munoz | |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
| None present | None present |

**Proceedings:** (IN CHAMBERS) ORDER RE PRETRIAL DATES

On June 27, 2016, the Court issued an order requiring the parties to lodge the findings of fact and conclusions of law and summaries of direct testimony on or before October 18, 2016. (Dkt. No. 60.) That order also set the pretrial conference for October 11, 2016. (*Id.*) To afford the Court an opportunity to review the parties' lodgments prior to the pretrial conference, the parties are hereby required to lodge the findings of fact and conclusions of law and summaries of direct testimony with the Court no later than October 4, 2016.

Additionally, on September 14, 2016, the parties filed a stipulation to continue all expert discovery dates. (Dkt. No. 61.) Accordingly, the deadline for Expert disclosure (initial) is continued to September 26, 2016; the deadline for Expert disclosure (rebuttal) is continued to October 12, 2016; and the Expert discovery cut-off date is continued to October 26, 2016.

Finally, the date by which the parties are required to: lodge the pretrial conference order; file memoranda of contentions of fact and law; file exhibit and witness lists; and file a status report regarding settlement, is hereby changed to September 30, 2016.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 15-20 FFM | Date | September 19, 2016 |
|---|---|---|---|
| Title | ALBERT GOODMAN v. BERT DOHMAN | | |

All other pretrial and trial dates not discussed herein shall remain the same. Attached to this Order is an Amended Schedule of Pretrial and Trial Dates reflecting the changes above.

    IT IS SO ORDERED.

                                          Initials of Preparer      JM

## AMENDED SCHEDULE OF PRETRIAL AND TRIAL DATES

**CASE NAME: ALBERT GOODMAN v. BERT DOHMEN**

**CASE NO.: CV 15-20 FFM**

| Matter | Time | Court Order |
|---|---|---|
| Trial (jury) (court) (length ____ days) (Tuesday) | 9:00 | 11/1/2016 |
| Lodge findings of fact and conclusions of law, LR 52, and summaries of direct testimony | | 10/4/2016 |
| Pretrial conference, LR 16; hearing on motions in limine | 2:00 | 10/11/2016 |
| Lodge pretrial conference order, LR 16-7; file memo of contentions of fact and law, LR 16-4, exhibit and witness lists, LR 16-5, 6; file status report regarding settlement | | 9/30/2016 |
| Last date to conduct settlement conf., LR 16-15 | | PASSED |
| Last day for **hearing** motions, LR 7 | | PASSED |
| Non-expert discovery cut-off | | PASSED |
| Expert disclosure (initial) | | 9/26/2016 |
| Expert disclosure (rebuttal) | | 10/12/2016 |
| Expert discovery cut-off | | 10/26/2016 |
| Last date to amend pleadings or add parties | | PASSED |
| | | |