**RUFUS-ISAACS ACLAND & GRANTHAM LLP**
Alexander Rufus-Isaacs (SBN: 135747)
aisaacs@rufuslaw.com
232 N. Canon Drive
Beverly Hills, California 90210
Tel: (310) 274-3803
Fax: (310) 860-2430

*Attorneys for Plaintiff Albert Goodman*

**HOLMES, TAYLOR & JONES LLP**
Andrew B. Holmes (SBN: 185401)
abholmes@htjlaw.com
Matthew D. Taylor (SBN: 220032)
matthew.taylor@htjlaw.com
617 South Olive Street, Suite 1200
Los Angeles, California 90014
Tel: (213) 985-2200
Fax: (213) 973-6282

*Attorneys for Defendant Bert Dohmen*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT GOODMAN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br><br>BERT DOHMEN, an individual,<br><br>Defendant.<br>. | Case No. 2:15-CV-00020 FFM<br><br>**JOINT EXHIBIT LIST** |

     Plaintiff Albert Goodman ("Goodman") and Defendant Bert Dohmen ("Dohmen"), by and through their respective counsel of record, hereby jointly submit the following list of exhibits they intend to use at trial pursuant to Local Rule 16-6.1:

7407.1.3.23

| No. of Exhibit | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 1 | Email exchange February 4-8, 2011 | | |
| 2 | Email dated September 2, 2011 | | |
| 3 | Email exchange February 4-May 10, 2011 | | |
| 4 | Email exchange August 30-September 15, 2011 | | |
| 5 | Email exchange September 19, 2011 | | |
| 6 | Email exchange September 29, 2011 | | |
| 7 | Email exchange October 11-October 15, 2011 | | |
| 8 | Email exchange October 31-November 1, 2011 | | |
| 9 | Email exchange November 6-November 8, 2011 | | |
| 10 | Email exchange November 20, 2011 | | |
| 11 | Email exchange November 25-November 26, 2011 | | |

Holmes, Taylor & Jones LLP
617 South Olive Street, Suite 1200
Los Angeles, California 90013

| No. of Exhibit | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 12 | Email exchange November 27-November 28, 2011 | | |
| 13 | Email exchange November 28-November 29, 2011 | | |
| 14 | Email exchange December 7-December 10, 2011 | | |
| 15 | Email exchange November 20-December 9, 2011 | | |
| 16 | Email exchange November 28-December 13, 2011 | | |
| 17 | Email exchange December 13-December 15, 2011 | | |
| 18 | Email exchange December 21, 2011 | | |
| 19 | Email exchange November 28, 2011-January 13, 2012 | | |
| 20 | Email March 7, 2012 | | |
| 21 | Email March 27, 2012 | | |

**Holmes, Taylor & Jones LLP**
617 South Olive Street, Suite 1200
Los Angeles, California 90013

| No. of Exhibit | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 22 | Email exchange April 22, 2012 | | |
| 23 | Email exchange November 28, 2011-May 14, 2012 | | |
| 24 | Email exchange May 14, 2012 | | |
| 25 | Email exchange May 14-May 15, 2012 | | |
| 26 | Email exchange June 1, 2012 | | |
| 27 | Email exchange June 2-June 8, 2012 | | |
| 28 | Email June 8, 2012 and IB Report for November 2011 through May 2012 | | |
| 29 | Letter Report dated June 6, 2012 | | |
| 30 | Email exchange June 6-June 10, 2012 | | |
| 31 | Email exchange June 10-June 29, 2012 | | |
| 32 | Email exchange June 28-June 29, 2012 | | |
| 33 | Email exchange July 27- | | |

Holmes, Taylor & Jones LLP
617 South Olive Street, Suite 1200
Los Angeles, California 90013

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

JOINT EXHIBIT LIST

Holmes, Taylor & Jones LLP
617 South Olive Street, Suite 1200
Los Angeles, California 90013

| No. of Exhibit | Description | Date Identified | Date Admitted |
|---|---|---|---|
| | August 28, 2012 | | |
| 34 | Email dated August 28, 2012, and IB Report for 2Q12 through August 27 2012 | | |
| 35 | Email exchange August 30, 2012 | | |
| 36 | Email exchange October 9, 2012 | | |
| 37 | Letter Report dated November 5, 2012, and IB Report for 2Q12 and 3Q12 | | |
| 38 | Email exchange January 25, 2013 | | |
| 39 | Email exchange February 17-March 7, 2013 | | |
| 40 | Email exchange April 5, 2013 | | |
| 41 | Letter Report dated June 14, 2013, and IB Report for January-May 2013 | | |
| 42 | Email dated November 29, 2013, and IB Report | | |

Holmes, Taylor & Jones LLP
617 South Olive Street, Suite 1200
Los Angeles, California 90013

| No. of Exhibit | Description | Date Identified | Date Admitted |
|---|---|---|---|
| | for 1Q13 and 2Q13 | | |
| 43 | Email dated December 3, 2013, and IB Report for 3Q13 | | |
| 44 | Letter report dated December 31, 2013 | | |
| 45 | Email exchange January 24, 2014 | | |
| 46 | Email dated February 18, 2104, and IB Report for 10/13 through 1/14 | | |
| 47 | Email dated March 5, 2104, and IB Report for 2013 | | |
| 48 | Email dated May 12, 2104, and IB Report for 1Q14 | | |
| 49 | Email dated June 9, 2104 | | |
| 50 | Email dated June 19, 2104 | | |
| 51 | Email dated July 24, 2104 | | |
| 52 | Letter dated February 9, 2013 and list of expenses | | |
| 53 | SEC Filing | | |

| No. of Exhibit | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 54 | John Maine Resume | | |
| 55 | John Maine List of Cases | | |
| 56 | Declaration of Robert Connor dated April 12, 2016 | | |
| 57 | PPM for the Fund | | |
| 58 | Invoice from Gillett Mottern & Walker dated October 28, 2010 | | |
| 59 | Invoice from Fund Associates dated January 23, 2012 | | |
| 60 | Fund Associates monthly documents from November 2011 through December 2012 | | |
| 61 | Email dated February 22, 2013, and a letter dated March 14, 2013 | | |
| 62 | Portions of Dohmen's deposition | | |
| 63 | Email notices dated September 2012-November, 2012 | | |

Holmes, Taylor & Jones LLP
617 South Olive Street, Suite 1200
Los Angeles, California 90013

| No. of Exhibit | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 64 | Various Portfolio Analyst" Reports by Interactive Brokers | | |
| 65 | Various Activity Statements by Interactive Brokers | | |
| 66 | Wellington Newsletter October 5 2012 | | |
| 67 | Smarte Trader dated June 5, 2014 | | |
| 68 | John Maine Declaration dated September 23, 2016 | | |
| 69 | Goodman's K-1 for the Fund for 2015 | | |
| | | | |
| 101 | Internet printout. | | |
| 102 | UBS Account Statement (November 2008) | | |
| 103 | UBS Account Statement (May 2011) | | |
| 104 | RIC Account Statement | | |

Holmes, Taylor & Jones LLP
617 South Olive Street, Suite 1200
Los Angeles, California 90013

| No. of Exhibit | Description | Date Identified | Date Admitted |
|---|---|---|---|
|  | (November 2011) |  |  |
| 105 | Email chain dated 7/27/12 through 8/28/12 |  |  |
| 106 | Email chain dated 9/12/11 through 9/13/11 |  |  |
| 107 | Email chain dated 9/13/11 through 9/29/11 |  |  |
| 108 | Email chain dated 10/15/11 |  |  |
| 109 | Email chain dated 10/14/11 through 10/15/11 |  |  |
| 110 | Email chain dated 10/31/11 through 11/1/11 |  |  |
| 111 | Fax from Bert Dohmen to Eric Marshall dated November 7, 2011. |  |  |
| 112 | Croesus Fund, L.P. Confidential Private Placement Memorandum. |  |  |
| 113 | Email dated November 7, 2011. |  |  |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| No. of Exhibit | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 114 | Email chain dated 11/20/11 through 11/21/11 | | |
| 115 | Email chain dated 11/26/11 through 11/28/11 | | |
| 116 | Email chain dated 11/29/11 and email chain dated 11/28/11 through 11/29/11 | | |
| 117 | Additional Subscription Request dated 12/1/11 | | |
| 118 | Email chain dated 11/28/11 through 12/13/11 | | |
| 119 | Email chain dated 5/14/12 | | |
| 120 | Email chain dated 11/28/11 through 5/14/12. | | |
| 121 | Email chain dated 5/14/12 through 5/15/12. | | |
| 122 | Email dated 5/8/12 and Portfolio Analyst Report. | | |
| 123 | Letter dated 6/8/12 and Portfolio Analyst Report. | | |
| 124 | Email dated 6/29/12 and Portfolio Analyst Report. | | |

**Holmes, Taylor & Jones LLP**
617 South Olive Street, Suite 1200
Los Angeles, California 90013

| No. of Exhibit | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 125 | Email dated August 28, 2012. | | |
| 126 | Portfolio Analyst Report. | | |
| 127 | Email chain dated 6/29/12 through 10/9/12. | | |
| 128 | | | |
| 129 | Wellington Letter dated 10/5/12. | | |
| 130 | Portfolio Analyst Report | | |
| 131 | Letter dated 11/5/12 | | |
| 132 | Email chain dated 11/5/12 through 11/16/12. | | |
| 133 | Email chain dated 5/4/12 through 5/15/12. | | |
| 134 | Email chain dated 8/30/12. | | |
| 135 | Letter dated 6/14/13 | | |
| 136 | Email chain dated 9/27/13 with attachment(s). | | |
| 137 | Email dated 12/31/13 with attachment(s). | | |
| 138 | Email dated 2/18/14 with attachment(s). | | |

Holmes, Taylor & Jones LLP
617 South Olive Street, Suite 1200
Los Angeles, California 90013

| No. of Exhibit | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 139 | Email dated 3/5/14 with attachment(s). | | |
| 140 | Email chain dated 5/2/14 through 5/15/14. | | |
| 141 | Defendant Bert Dohmen's Requests for Production of Documents (Set One) | | |
| 142 | Email chain dated 10/15/11 with attachment(s). | | |
| 143 | Email chain dated 11/20/11 | | |
| 144 | Email chain dated 11/27/11 through 11/28/11 | | |
| 145 | Limited Partnership Agreement of Croesus Fund, L.P. | | |
| 146 | Email chain dated 10/11/11 through 10/15/11 | | |
| 147 | Letter dated July 25, 2014 | | |
| 148 | Email chain dated 10/11/11 through 10/15/11 | | |

Holmes, Taylor & Jones LLP
617 South Olive Street, Suite 1200
Los Angeles, California 90013

**Holmes, Taylor & Jones LLP**
617 South Olive Street, Suite 1200
Los Angeles, California 90013

| No. of Exhibit | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 149 | Email chain dated 11/25/11 through 11/28/11 | | |
| 150 | Press Release dated 1/5/15 | | |
| 151 | Portfolio Analyst Report | | |
| 152 | Letter dated November 5, 2012. | | |
| 153 | Email chain dated 12/21/11. | | |
| 154 | Email chain dated 11/28/11 through 11/29/11. | | |
| 155 | Email chain dated 6/8/12 through 6/29/12. | | |
| 156 | Email chain dated 1/25/13. | | |
| 157 | Email chain dated 5/12/14 through 5/15/14. | | |
| 158 | Email dated 12/16/11 with attachment. | | |
| 159 | Email dated 11/3/11 | | |
| 160 | Email dated 9/29/11 | | |
| 161 | Email dated 10/18/11 with attachment. | | |

Holmes, Taylor & Jones LLP
617 South Olive Street, Suite 1200
Los Angeles, California 90013

| No. of Exhibit | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 162 | Email dated 11/3/11 | | |
| 163 | Email dated 12/6/11 with two attachment. | | |
| 164 | Email dated 4/20/11 with attachment. | | |
| 165 | Email dated 11/15/11 with attachment. | | |
| 166 | Email dated 11/15/11 with attachment. | | |
| 167 | Email dated 12/6/11 with attachment. | | |
| 168 | Email dated 11/15/11 with attachment. | | |
| 169 | Email dated 11/15/11 with attachment. | | |
| 170 | Email chain dated 9/30/11 through 10/3/11. | | |
| 171 | Email chain dated 10/17/11 through 10/19/11. | | |
| 172 | Email chain dated 10/17/11 through 10/19/11 with attachment. | | |
| 173 | Email chain dated 4/20/11 through 5/1/11. | | |

| No. of Exhibit | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 174 | Email chain dated 4/20/11. | | |
| 175 | Email chain dated 4/20/11 through 4/21/11. | | |
| 176 | Email chain dated 4/20/11 through 4/21/11. | | |

Dated: October 2, 2016          **RUFUS-ISAACS ACLAND & GRANTHAM LLP**

_____
    Alexander Rufus-Isaacs
*Attorneys for Plaintiff Albert Goodman*

Dated: October 2, 2016          **HOLMES, TAYLOR & JONES LLP**

s/Matthew Taylor/
_____
    Matthew D. Taylor
*Attorneys for Defendant Bert Dohmen*

Holmes, Taylor & Jones LLP
617 South Olive Street, Suite 1200
Los Angeles, California 90013