RUFUS-ISAACS ACLAND & GRANTHAM LLP
ALEXANDER RUFUS-ISAACS, State Bar No. 135747
  *aisaacs@rufuslaw.com*
232 N. Canon Drive
Beverly Hills, California  90210
Telephone: (310) 274-3803
Facsimile: (310) 860-2430

Attorneys for Plaintiff ALBERT GOODMAN

HOLMES, TAYLOR & JONES LLP
ANDREW B. HOLMES (SBN: 185401)
*abholmes@htjlaw.com*
MATTHEW D. TAYLOR (SBN: 220032)
*matthew.taylor@htjlaw.com*
617 South Olive Street, Suite 1200
Los Angeles, California 90014
Telephone: (213) 985-2200
Facsimile: (213) 973-6282

Attorneys for Defendant BERT DOHMEN

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ALBERT GOODMAN, an individual, | CASE No. 2:15-cv-00020-FFM |
| Plaintiff, | |
| v. | **JOINT WITNESS LIST** |
| BERT DOHMEN, an individual, | |
| Defendant. | |

# JOINT WITNESS LIST

Pursuant to Local Rule 16-6 plaintiff Albert Goodman and defendant Bert Dohmen jointly submit the following list of witnesses they intend to call at trial (time in hours):

|  | Name | Party Offering | Direct Time Estimate | Cross-Examination Time Estimate |
|---|---|---|---|---|
| 1. | Albert Goodman | Plaintiff | 4.0 | 2.0 |
| 2. | Bert Dohmen under FRE 611(c)(2) | Plaintiff | 2.5 | |
| 3. | John Maine (expert) | Plaintiff | 2.5 | 1.5 |
| 4. | Bert Dohmen | Defendant | 4.0 | |
| 5. | Defendant's Expert Rebuttal Witness[1] | Defendant | 2.5 | 2.0 |

---

[1] Defendant has not yet retained his expert rebuttal witness, which is why no name is being provided.

1

2

3    DATED: October 2, 2016            RUFUS-ISAACS ACLAND &
                                       GRANTHAM LLP
4

5

6                                      By: _____
                                           Alexander Rufus-Isaacs
7                                          *Attorneys for Plaintiff ALBERT*
8                                          *GOODMAN*

9

10   DATED:  September 30, 2016        HOLMES, TAYLOR & JONES LLP
11

12

13                                     By: _____
                                           Matthew D. Taylor
14                                         *Attorneys for Defendant BERT*
15                                         *DOHMEN*

16

17

18

19

20

21

22

23

24

25

26

27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

:15-cv-00020-FFM

JOINT WITNESS LIST