RUFUS-ISAACS ACLAND & GRANTHAM LLP
ALEXANDER RUFUS-ISAACS, State Bar No. 135747
  *aisaacs@rufuslaw.com*
232 N. Canon Drive
Beverly Hills, California 90210
Telephone: (310) 274-3803
Facsimile: (310) 860-2430

Attorneys for Plaintiff ALBERT GOODMAN

HOLMES, TAYLOR & JONES LLP
ANDREW B. HOLMES (SBN: 185401)
*abholmes@htjlaw.com*
MATTHEW D. TAYLOR (SBN: 220032)
*matthew.taylor@htjlaw.com*
617 South Olive Street, Suite 1200
Los Angeles, California 90014
Telephone: (213) 985-2200
Facsimile: (213) 973-6282

Attorneys for Defendant BERT DOHMEN

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ALBERT GOODMAN, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>BERT DOHMEN, an individual,<br><br>    Defendant. | CASE No. 2:15-cv-00020-FFM<br><br>**STATUS REPORT REGARDING SETTLEMENT** |

# STATUS REPORT REGARDING SETTLEMENT

Plaintiff Albert Goodman and defendant Bert Dohmen jointly submit the following status report regarding settlement:

1. Mr. Goodman and Mr. Dohmen engaged in settlement discussions, which were unsuccessful.

2. Their counsel have discussed the situation and believe that there is no reasonable prospect of settling the case.

3. Therefore no formal mediation has taken place.

DATED: October 3, 2016         RUFUS-ISAACS ACLAND & GRANTHAM LLP

By: ___/s/ Alexander Rufus-Isaacs/___
Alexander Rufus-Isaacs
*Attorneys for Plaintiff ALBERT GOODMAN*

DATED: October 3, 2016         HOLMES, TAYLOR & JONES LLP

By: __s/Andrew B. Holmes/_____
Andrew B. Holmes
*Attorneys for Defendant BERT DOHMEN*