1 | **HOLMES, TAYLOR & JONES LLP**
Andrew B. Holmes (SBN: 185401)
abholmes@htjlaw.com
Matthew D. Taylor (SBN: 220032)
matthew.taylor@htjlaw.com
617 South Olive Street, Suite 1200
Los Angeles, California 90014
Tel:(213) 985-2200
Fax: (213) 973-6282

*Attorneys for Defendant Bert Dohmen*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT GOODMAN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br><br>BERT DOHMEN, an individual,<br>Defendant. | Case No. CV15-00020 FFM<br><br>**SUMMARY OF DIRECT TESTIMONY TO BE OFFERED BY BERT DOHMEN AT TRIAL**<br><br>Trial Date: November 1, 2016<br>Time: 10:00 a.m.<br>Courtroom: 580 |

Pursuant to the Court's September 19, 2016 Scheduling Order, defendant Bert Dohmen provides the following summary of the direct testimony he presently intends to provide at trial in this matter:

1. Dohmen will testify regarding his role as founder and President of Dohmen Capital Holdings, Inc. ("Dohmen Capital"), a company that provides analysis, research and advice for traders and investors, and describe the various financial newsletters including the "Wellington Letter," the "Smarte Trader" and the "Fearless ETF Trader" published by Dohmen Capital.

2. Dohmen will testify regarding his decision, in 2011, to set up a hedge fund called the Croesus Fund, the steps he followed to set up the fund and the Croesus Fund's ownership and organizational structure.

3. Dohmen will testify as to how first met the Plaintiff, Albert Goodman ("Goodman"), in 1999 and their personal relationship during the subsequent years.

4. Dohmen will testify about his preliminary discussions with Goodman about the Croesus Fund and Goodman's interest in investing in the fund.

5. Dohmen will testify regarding the oral and written discussions he had with other potential investors regarding the Croesus Fund and their interest in investing in the fund.

6. Dohmen will testify about his oral and written discussions with Goodman in the fall of 2011, leading up to Goodman's million-dollar investment in the fund later that year.

7. Dohmen will testify about sending Goodman a copy of the Subscription Agreement relating to Croesus, L.P. on October 15, 2011 and receiving a signed agreement in the mail shortly thereafter.

8. Dohmen will testify about the timing of Goodman's investments in the Croesus Fund.

9. Dohmen will testify about the investment strategies pursued and the

investment vehicles utilized in managing the Croesus Fund.

10. Dohmen will testify about the oral and written discussions he had with Goodman relating to the performance reports to be provided in connection with the fund and about the performance reports that he prepared and sent to Goodman.

11. Dohmen will testify about the oral and written discussions he had with Goodman relating to whether Goodman should withdraw his funds from the Croesus Fund.

12. Dohmen will testify about the oral and written discussions he had with Goodman relating to potential and actual changes in the fund's investment strategies and Goodman's approval thereof.

Respectfully submitted,

Dated: October 4, 2016

**HOLMES, TAYLOR & JONES LLP**

_____
Andrew B Holmes
*Attorneys for Defendant Bert Dohmen*