UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT GOODMAN,<br><br>        Plaintiff,<br><br>        v.<br><br>BERT DOHMEN,<br><br>        Defendant. | No. CV 15-20 FFM<br><br>JUDGMENT |

Pursuant to the Findings of Fact and Conclusions of Law issued herein,

IT IS ADJUDGED that (1) defendant is liable to plaintiff for breach of the fiduciary duty of loyalty with respect to the number of investors; and (2) plaintiff is entitled to damages in the sum of $166,331.18 plus $1,645.93 and his costs of suit in the amount of _____.

DATED: August 3, 2017

                                       /S/FREDERICK F. MUMM
                                       FREDERICK F. MUMM
                               United States Magistrate Judge