# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT GOODMAN, an individual,<br>　　Plaintiff,<br><br>　　　　v.<br><br>BERT DOHMEN, an individual,<br>　　Defendant. | NO. CV 15-20 DSF (MAAx)<br><br><br>JUDGMENT |

 Pursuant to the Memorandum Order of the Ninth Circuit Court of Appeals, dkt. 126, the entry of judgment and award of costs in favor of Plaintiff Albert Goodman is vacated and

 IT IS ORDERED AND ADJUDGED that Plaintiff take nothing, that judgment be entered in favor of Defendant Bert Dohmen and that Defendant recover his costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

Date: February 10, 2021

           _____
           Dale S. Fischer
           United States District Judge